UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD LEE TOLBERT III,

    Petitioner,

v.

CASE NO. 2:11-CV-14759
HONORABLE DENISE PAGE HOOD

JEFFREY WOODS,

    Respondent.

_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

    S/Denise Page Hood
    Denise Page Hood
    United States District Judge

Dated: June 26, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 26, 2013, by electronic and/or ordinary mail.

    S/LaShawn R. Saulsberry
    Case Manager